BEFORE THE SECOND DIVISION, SEPTEMBER 27, 1945

**No. 50526.**—Protest 118572–K (A) of Jean R. Graef, Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation that the merchandise consists of calendars similar in all material respects to those the subject of *United States* v. *Thorens, Inc.* (32 C. C. P. A. 137, C. A. D. 298), the protest was sustained as claimed.